1
2
3
4
5                    UNITED STATES DISTRICT COURT

6                        DISTRICT OF NEVADA

7                           * * * * *

8   GUY WILLIAMS, an individual, et al.,      )
                                              )   3:10-cv-00264-LRH-VPC
9                              Plaintiffs,    )
                                              )   ORDER
10  vs.                                       )
                                              )
11  CHRISTIAN EDUARD LOCHER, an               )
    individual, et al.,                       )
12                                            )
                               Defendants.    )
13  _____ )

14

15          On June 17, 2010, Defendant Shooting Star, LLC filed a Motion for Discharge and/or to

16  Vacate the Order and Writ of Attachment as and for Defendant Locher's and Shooting Star's

17  Response to Plaintiffs' Motion for Order to Show Cause Re: Contempt and for Appointment of

18  Receiver, and Cross-Motion for Sanction under 28 U.S.C. §1927 (#27).

19          On August 30, 2010, the court held a motions hearing regarding the issue of a writ of

20  attachment.  Subsequently, on September 9, 2010, this court filed an order (#63) stating that the

21  court declines to issue an attachment order.  Given the issuance of the court's order (#63), and

22  good cause appearing,

23          IT IS HEREBY ORDERED that Defendant Shooting Star, LLC's motion (#27) is denied

24  as moot.

25          IT IS SO ORDERED.

26          DATED this 20th day of September, 2010.

27

28
                                              _____
                                              LARRY R. HICKS
                                              UNITED STATES DISTRICT JUDGE