# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| GUY WILLIAMS, et al., | ) | 3:10-CV-0264-LRH (VPC) |
| | ) | |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | April 5, 2011 |
| | ) | |
| CHRISTIAN EDUARD LOCHER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   The law firm of Gordon Silver has filed a motion to withdraw as counsel for defendants (#105). No opposition was filed. Therefore, the motion to withdraw as counsel (#105) is **GRANTED**.

   Defendants will continue to be represented by the law firm of Buchalter Nemer of Scottsdale, Arizona. Defendants shall immediately comply with Local Rule IA 10-2(a)(6) and obtain local counsel.

   **IT IS SO ORDERED.**

                                                LANCE S. WILSON, CLERK

                                        By:         /s/
                                                Deputy Clerk