UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| GUY WILLIAMS, et al., ) | |
| ) | |
| Plaintiffs, ) | 3:10-cv-00264-LRH-VPC |
| ) | |
| v. ) | |
| ) | O R D E R |
| CHRISTIAN EDUARD LOCHER, et al., ) | |
| ) | |
| Defendants. ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#107[1]) entered on March 21, 2011, recommending granting Plaintiffs' Motion to Compel Response to Discovery and for Discovery Sanctions (#86) filed on January 4, 2011; awarding Plaintiffs attorney's fees and costs for the expenses incurred in having to bring the motion to compel and for sanctions; setting a briefing schedule regarding a statement of attorney's fees; and entering judgment against Mr. Locher and Ms. McIntire. Defendants filed their Objection to Report and Recommendation of U.S. Magistrate Judge (#112) on April 7, 2011, and Plaintiffs filed their Response to Defendants' Objection to Report and Recommendation of U.S. Magistrate Judge on April 25, 2011 (#113). The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

---

[1] Refers to court's docket number.

The Court has conducted its *de novo* review in this case, has fully considered the objections, response to objections, pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2.  The Court determines that the Magistrate Judge's Report and Recommendation (#107) entered on March 21, 2011, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#107) entered on March 21, 2011, is adopted and accepted, and therefore

IT IS ORDERED that Plaintiffs' Motion to Compel Responses to Discovery and for Discovery Sanctions (#86) is GRANTED;

IT IS FURTHER ORDERED that Plaintiffs shall be awarded their attorney's fees and costs for the expenses incurred in having to bring the motion to compel and for sanctions;

IT IS FURTHER ORDERED that Plaintiffs shall file a statement of attorney's fees and costs pursuant to LR 54-16 within fifteen days from the date of this order and Defendants shall have leave to respond within ten days from receipt of Plaintiffs' statement of attorney's fees and costs;

IT IS FURTHER ORDERED that judgment shall be entered against Mr. Locher and Ms. McIntire, which judgment shall include approved costs and attorney's fees.

IT IS SO ORDERED.

DATED this 29th day of June, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE