UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| GUY WILLIAMS, et al., | ) | |
| Plaintiffs, | ) | 3:10-CV-00264-LRH-VPC |
| v. | ) | ORDER |
| CHRISTIAN EDUARD LOCHER, et al., | ) | |
| Defendants. | ) | |

Before the court is Plaintiffs' Motion and Statement of Attorneys' Fees Incurred in Prosecuting Action (#118[1]).  No opposition has been filed.

On June 20, 2011, this court entered an Order (#114) adopting and accepting the Magistrate Judge's Report and Recommendation (#107) of March 21, 2011.  Accordingly, the court granted Plaintiffs' Motion to Compel Responses to Discovery and for Discovery Sanctions (#86), ordered that "Plaintiffs shall be awarded their attorney's fees and costs for the expenses incurred in having to bring the motion to compel and for sanctions," and ordered that "judgment shall be entered against Mr. Locher and Ms. McIntire, which judgment shall include approved costs and attorney's fees."  On June 30, 2011, judgment was accordingly entered against Mr. Locher and Ms. McIntire (#115).

---

[1] Refers to the court's docket entry number.

This motion followed. Although the court's order referred only to attorney's fees and costs related to Plaintiffs' motion to compel and for sanctions, the present motion seeks $202,567.50 in attorneys' fees for prosecuting this action, $26,253.00 of which is related to the motion to compel. Additionally, Plaintiff seeks $3,250.00 in attorneys' fees incurred in preparing and filing the instant fee statement, and $5,080.31 for costs incurred in prosecuting this action. No objections were filed, and on August 4, 2011, costs were taxed in the requested amount.

The court has reviewed Plaintiffs' supporting materials and the pleadings and papers on file in this action. No objections having been filed, the court finds the requested attorneys' fees for prosecuting this action warranted and reasonable. Fees on fees are not recoverable, however.

IT IS THEREFORE ORDERED that Plaintiffs' Motion and Statement of Attorneys' Fees Incurred in Prosecuting Action (#118) is GRANTED in the amount of $202,567.50, which shall be included in the judgment.

IT IS SO ORDERED.

DATED this 8th day of February, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE