AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

GUY WILLIAMS, et al.,

      Plaintiff,     JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: **3:10-cv-00264-LRH-VPC**

CHRISTIAN EDUARD LOCHER, et al.,

      Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Plaintiffs' Motion and Statement of Attorneys' Fees Incurred in Prosecuting Action (Dkt #118) is GRANTED in the amount of $202,567.50.

2/9/2012                                          **LANCE S. WILSON**
                                                          Clerk

                                                  /s/ P. McDonald
                                                  Deputy Clerk